**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ESVIN LIZARDO YOC LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-2607-HE |
| | ) | |
| WARDEN, Kay County Justice Facility, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

# ORDER

On October 26, 2026, United States Magistrate Judge Chris M. Stephens issued a Report and Recommendation [Doc. #13], recommending the court dismiss as moot the petition for a writ of habeas corpus under 28 U.S.C. § 2241. The basis for the recommendation is there is no longer a case or controversy for the court to decide because of petitioner's removal from the United States and release from ICE[1] custody. The magistrate judge advised the parties of their right to file an objection to the Report and Recommendation by November 9, 2026 and the consequences for his failure to make a timely objection.

To date, no party has filed an objection to the Report and Recommendation. Although the docket reveals the Report and Recommendation was returned as undeliverable to petitioner [Doc. #15], papers sent by the court are deemed delivered if sent to the last known address given to the court. *See* LCvR5.4. The Report and

[1] *U.S. Immigration and Customs Enforcement*

Recommendation was sent to petitioner's last known address. Therefore, the right to appellate review of the Report and Recommendation is waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #13] is **ADOPTED**. This petition for a writ of habeas corpus under 28 U.S.C. § 2241 [Doc. #1] is **DISMISSED as MOOT**.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 10th day of November, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE